| | | |
|---|---|---|
| 1. | 10/14/70 | MOTION by Plaintiff Willingham for Consolidation; Supporting Brief. |
| 2. | 10/28/70 | Response of Defendants Ford Motor Co. and Henry Ford II |
| 2a | 10/28/70 | Request of Def. General Electric Co., & TRW, Inc. for 30-day extension of tiem for responding to Motion. |
| 2b | 10/28/70 | Request of Defs. Gorham Tool Co., Kennametal, Inc., Kingsbury Machine Tool Corp., V-R Wesson Co., Wetmore Cutting Tools, Inc., for 30-da7 extension of time for responding to Motion. |
| | 10/28/70 | Extension of time for ALL responses to & incl. November 16, 1970. |
| 3. | 10/30/70 | Response of Star Cutter Co. & Norman B. Lawton |
| 4. | 11/2/70 | Reply by Willingham to Response by Ford |
| | 11/3/70 | PANEL ATTORNEY SERVICE LIST mailed. |
| ~~5.~~ | ~~11/9/70~~ | ~~Ltr of~~ |
| 5. | 11/13/70 | Response of General Motors Corp. & Edward N. Cole (defs.) |
| | 11/13/70 | HEARING ORDER - N.Y., N.Y. on 12/11/70 -- to involved judges & hearing clerk |
| | 11/13/70 | NOTICE OF HEARING to service counsel. |
| 6. | 11/16/70 | Response of General Electric Co., Gorham Tool Co., Kennamethal, Inc., Kingsbu Machine Tool Corp., V-R Wesson Co., and Wetmore Cutting Tools Inc. |
| 7. | 11/16/70 | Response of Carr Tool Co., Inc. |
| 8. | 11/16/70 | Response of Automobile Manufacturers Association, Inc. |
| 9. | 11/20/70 | Ltr. advising General Motors & Edward N. Cole (defs). would not appear at hearing. |
| 10. | 11/25/70 | Reply by Willingham to responses of stated Defendants: Carr Tool Co., Inc., Star Cutter Co. & Norman B. Lawton, Auto. Manufs. Associa., General Motors Corp. & Edward N. Cole, General Electric Co., Gorham Tool Co., Kennametal Inc., Kingsbury Machine Tool Corp., V-R Wesson Co., & Wetmore Cutting Tools. |
| 11. | 12/2/70 | Rebuttal to Reply by Willingham of defendants General Electric Co., Gorham Tool Co., Kennametal Inc., Kingsbury Machine Tool Corp., V-R Wesson Co., & Wetmore Cutting Tools Inc. |
| 12. | 12/9/70 | Reply of Pl. Willingham to Rebuttal of Stated Defendants. |
| 13. | 1]/10/70 | Supplemental ltr. response of def. Carr Tool Co. |
| | 1/20/71 | OPINION AND ORDER (Per Curiam) Transferring S.D. Ohio Civil Action No. 7689 to Judge Stephen J. Roth in the Eastern District of Michigan for consolidated or coordinated pretrial proceedings with the other related cases. |
| | 1/20/71 | Consent of Judge Ralph M. Freeman (E.D. Michigan) for assignment of actions involved in the litigation to Judge Stephen J. Roth (E. D. Michigan). |
| | 2/4/71 | DISSENT OF JUDGE S. A. WEIGEL to 1/20/71 opinion. Copies to intersted judges & clerks; transferre clerk & judge; interested counsel; members of the Panel |

DOCKET NO. 60

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/23/72 | *14* PLAINTIFFS PETITION FOR A WRIT OF MANDAMUS AND/OR CERTIORARI filed in the U. S. Court of Appeals for the Sixth Circuit | |
| 6/15/72 | *15* PLAINTIFFS Brief Supporting Petition in the Sixth Circuit. | |
| 6/15/72 | *16* PLAINTIFFS motion for stay of trial set by Respondent after Petition filed in Sixth Circuit. | |
| 12/1/72 | *17* PLAINTIFF MOTION FOR ASSIGNMENT OF JUDGE, Brief, certificate of Service | |
| 8/5/74 | ORDER reassigning litigation to Chief Judge Frederick W. Kaess pursuant to 28 U.S.C. §1407 | |

DOCKET NO. 60

OPINION AND ORDER OF JAN. 20, 1971 - 322 F. SUPP. 1018

DOCKET NO. 60

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE WILLINGHAM PATENT LITIGATION

*Judge Kaess*
*Computer ID No. 645*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | John R. Willingham v. Kneeland Industries (Northern Div.) | E.D. Mich. 2835 | Roth | | C/A |
| A-2 | John R. Willingham v. Ford Motor Co., et al. | E.D. Mich. 35397 | Roth (Keith struck) | | C/A |
| A-3 | John R. Willingham v. Ford Motor Co., et al. (Western Div.) | S.D. Ohio 7689 | Hogan | 1/20/71 | 2/1/71 C/A 3102 |
| | *Transfer to 6/30/71* | | | | |
| | *Final Judgment 6/4/75* | | | | |
| XYZ-1 | John R. Willingham, et al. v. Norman B. Lawton, et al. | E.D. Mich 3238 | | | C/A |

C/A all above cases (4) on appeal, verified July 1977

ATTORNEY SERVICE LIST

DOCKET NO. 60

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 60 - IN RE WILLINGHAM PATENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2<br>A-3 | JOHN R. WILLINGHAM (Movants)<br>William T. Sevald, Esquire<br>423 Washington Square Plaza<br>Royal Oak, Michigan 48067 | KNEELAND INDUSTRIES<br>STAR CUT SALES<br>STAR CUTTER COMPANY<br>NORMAN B. LAWTON<br>William G. Lambrecht, Esquire<br>Miller, Canfield, Paddock & Stone<br>2500 Detroit Bank & Trust Building<br>Detroit, Michigan 48226<br><br>GENERAL MOTORS CORPORATION<br>EDWARD N. COLE<br>Mr. Francis J. Fodale<br>Patent Section, General Motors Corporation<br>3044 West Grand Boulevard<br>Room 15 - 131 General Motors Building<br>Detroit, Michigan 48202<br><br>AUTOMOBILE MANUFACTURERS ASSO., INC.<br>Charles F. Hosmer, Esquire<br>Bodman, Longley, Bogle, Armstrong<br>  && Dahling<br>1400 Buhl Building<br>Detroit, Michigan 48226<br><br>FORMCRAFT TOOL COMPANY<br>David J. Wood, Esquire<br>Wood, Wood and Pfister<br>20926 Schoolcraft<br>Detroit, Michigan 48223<br><br>V-R WESSON COMPANY    KINGSBURY MACHINE<br>KENNAMETAL, INC.        TOOL CORP.<br>GORHAM TOOL CO.<br>WETMORE CUTTING TOOLS, INC.<br>Robert A. Choate, Esquire<br>Barnes, Kisselle, Raisch & Choate<br>1520 Ford Building<br>Detroit, Michigan 48226 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | KINGSBURY MACHINE TOOL CORP.<br>Daniel B. Bickford, Esquire<br>Ely, Bartlett, Brown & Proctor<br>225 Franklin Street<br>Boston, Massachusetts 02110 |
| | | THE VALERON CORPORATION<br>Lloyd M. Forster, Esquire<br>Farley, Forster and Farley<br>1712 Buhl Building<br>Detroit, Michigan  48226 |
| | | CARR TOOL CO., INC.<br>Edward B. Evans, Esquire<br>Wood, Herron and Evans<br>2715 Carew Tower<br>Cincinnati, Ohio  45202 |
| | | HYPER TOOL COMPANY<br>Charles R. Rutherford, Esquire<br>Whittemore, Hulbert & Balknap<br>3053 Penobscot Building<br>Detroit, Michigan  48226 |
| | Eldwood S. Kendrick, Esquire<br>Kendrick, Subkow & Kriegel<br>612 South Flower Street<br>Los Angeles, California  90017 | EL DORADO TOOL & MFG. CORP.<br><s>Charles E. Foster, Esquire</s><br><s>360 North Crescent Drive</s><br><s>Beverly Hills, California 90213</s> |
| | Randy Litton, Esquire<br>Price, Henevald, Huizengo & Cooper<br>5740 Foremost Dr., S.E.<br>Grand Rapids, Michigan  49501 | MORSE TWIST DRILL & MACHINE CO.<br>GULF & WESTERN IND., INC.<br>Peter P. Price, Esquire<br>2336 Eastern Avenue, S. E.<br>Grand Rapids, Michigan  49507 |
| | | FOOTBURT-REYNOLDS<br>Robert V. Seymour, Esquire<br>2700 Penobscot Building<br>Detroit, Michigan  48226 |
| | | FORD MOTOR COMPANY<br>HENRY FORD II<br>George N. Hibben, Esquire<br>Hibben, Noyes & Bicknell<br>332 S. Michigan Avenue<br>Chicago, Illinois  60604 |
| | | GENERAL ELECTRIC COMPANY<br>Arthur Raisch, Esquire<br>Barnes, Kisselle, Raisch & Choate<br>1520 Ford Building<br>Detroit, Michigan  48226 |
| No. | Plaintiff | Defendant |

## DESCRIPTION OF LITIGATION

DOCKET NO. 60 - IN RE WILLINGHAM PATENT LITIGATION   (p. 2)

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | TRW, INC.<br>UNITED-GREENFIELD DIVISION<br>CHICAGO LATROBE<br>WENDT SONIS<br>UNIMET CARBIDES<br>Dennis A. Gross, Esquire<br>Hill, Sherman, Meroni, Gross & Simpson<br>53 West Jackson Boulevard<br>Chicago, Illinois  60604 |

DOCKET NO. 60

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE WILLINGHAM PATENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | FORD MOTOR COMPANY<br>HENRY FORD II<br>   George N. Hibben, Esquire<br>   Hibben, Noyes & Bicknell<br>   332 S. Michigan Avenue<br>   Chicago, Illinois 60604<br><br>TRW, INC.<br>~~UNITED-GREENFIELD DIVISION~~<br>~~CHICAGO LATROBE~~<br>~~WENDT SONIS~~<br>~~UNIMET CARBIDES~~<br>   J. Arthur Gross, Esquire<br>   ~~Anthony R. Ciara, Esquire~~<br>   Dennis A. Gross, Esquire<br>   Hill, Sherman, Meroni, Gross & Simpson<br>   53 West Jackson Boulevard<br>   Chicago, Illinois 60604<br><br>GENERAL ELECTRIC COMPANY<br>   Arthur Raisch, Esquire<br>   Barnes, Kisselle, Raisch & Choate<br>   1520 Ford Building<br>   Detroit, Michigan 48226<br><br>FORD MOTOR COMPANY<br>   Robert G. Stachler, Esquire<br>   603 Dixie Term Building<br>   Cincinnati, Ohio |

DOCKET NO. __60__ -- <u>Willingham Patent Litigation</u>

## DEFENDANT CHECKLIST
*Counsel on Atty List – ✓*

| NAME OF DEFENDANT | NAMED AS DEFENDANT IN FOLLOWING ACTIONS |
|---|---|
| ✓ Automobile Mfgrs. Asso., Inc. ✓ | A-2 |
| ✓ Carr Tool Co., Inc. ✓ | A-2 |
| ✓ CHICAGO LATROBE ✓ | A-2 |
| ✓ COLE, EDWARD N. ✓ | A-2 |
| ✓ EL DORADO TOOL & MFG. CORP. ✓ | A-2 |
| ✓ FORD II, HENRY ✓ | A-2 |
| ✓ FORD MOTOR COMPANY ✓ | A-1, 2 |
| ✓ FORMCRAFT TOOL CO. ✓ | A-2 |
| ✓ FOOTBURT-REYNOLDS CO. ✓ | A-2 |
| ✓ GENERAL ELECTRIC CO. ✓ | A-2 |

DOCKET NO. __60__ -- __WILLINGHAM PATENT LITIGATION__

## DEFENDANT CHECKLIST

| NAME OF DEFENDANT | NAMED AS DEFENDANT IN FOLLOWING ACTIONS |
|---|---|
| GENERAL MOTORS CORP. ✓ | A-2 |
| GORHAM TOOL COMPANY ✓ | A-2 |
| HYPER TOOL CO. ✓ | A-2 |
| KINSBURGH MACHINE TOOL CORP. ✓ | A-2 |
| KENNEMETAL INC. ✓ | A-2 |
| LAWTON, NORMAN B. ✓ | A-1, 2 |
| MORSE TWIST DRILL & MACHINE CO. ✓ | A-2 |
| STAR CUTTER COMPANY ✓ | A-1,2 |
| Star Cut Sales ✓ | A-1 |
| T.R.W., INC. ✓ | |
| UNIMET CARBIDES ✓ | A-2 |

DOCKET NO. __60__ -- __WILLINGHAM PATENT LITIGATION__

## DEFENDANT CHECKLIST

| NAME OF DEFENDANT | NAMED AS DEFENDANT IN FOLLOWING ACTIONS |
|---|---|
| ✓ UNITED-GREENFIELD DIVISION ✓ | A-2 |
| ✓ VALERON CORPORATION ✓ | A-2 |
| ✓ V-R WESSON COMPANY ✓ | A-2 |
| ✓ WENDT SONIS ✓ | A-2 |
| ✓ WETMORE CUTTING TOOLS, INC. ✓ | A-2 |
| ✓ GULF & WESTERN IND., INC. ✓ | A-2 |
| ✓ Kneeland Industries Inc ✓ | A-1 |
| | |
| | |
| | |

COUNSEL OF RECORD                    DOCKET NO. 60

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE WILLINGHAM PATENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2<br>A-3 | (Movants)<br>William T. Sevald, Esquire<br>423 Washington Square Plaza<br>Royal Oak, Michigan 48067 | ~~KNEELAND INDUSTRIES; STAR CUT SALES~~<br>STAR CUTTER COMPANY<br>NORMAN B. LAWTON<br>  William G. Lambrecht, Esquire<br>  Miller, Canfield, Paddock & Stone<br>  2500 Detroit Bank & Trust Building<br>  Detroit, Michigan 48226<br><br>GENERAL MOTORS CORPORATION<br>EDWARD N. COLE<br>  M~~eor~~Francis J. Fodale<br>  Patent Section, General Motors Corp.<br>  3044 West Grand Boulevard<br>  Room 15 - 131 General Motors Bldg.<br>  Detroit, Michigna 48202<br><br>AUTOMOBILE MANUFACTURERS ASSO., INC.<br>  Charles F. Hosmer, Esquire<br>  Bodman, Longley, Bogle, Armstrong<br>    & Dahling<br>  1400 Buhl Building<br>  Detroit, Michigan 48226<br><br>FORMCRAFT TOOL COMPANY<br>  David J. Wood, Esquire<br>  Wood, Wood and Pfister<br>  20926 Schoolcraft<br>  Detroit, Michigan 48223<br><br>TRW, INC.<br>UNITED-GREENFIELD DIVISIONS<br>CHICAGO LATROBE<br>WENDT SONIS<br>UNIMET CARBIDES<br>  Arthur Raisch, Esquire<br>  Barnes, Kisselle, Raisch & Choate<br>  1520 Ford Building<br>  Detroit, Michigan 48226<br><br>  J. Arthur Gross, Esquire<br>  Anthony R. Chiara, Esquire<br>  Dennis A. Gross, Esquire<br>  Hill, Sherman, Meroni, Gross & Simpson<br>  53 West Jackson Boulevard<br>  Chicago, Illinois 60604 |

| No. | Plaintiff | Defendant |
|---|---|---|
|  | KINGSBURY MACHINE TOOL CORP.<br>Daniel B. Bickford, Esq.<br>Ely, Bartlett, Brown & Proctor<br>225 Franklin St.<br>Boston, Mass. 02110 | ~~V-R WESSON COMPANY~~<br>~~KENNAMETAL, INC.~~<br>~~GORHAM TOOL CO.~~<br>KINGSBURY MACHINE TOOL CORP.<br>~~WETMORE CUTTING TOOLS, INC.~~<br>~~Robert A. Choate, Esquire~~<br>~~Barnes, Kisselle, Raisch & Choate~~<br>~~1520 Ford Building~~<br>~~Detroit, Michigan 48226~~<br><br>THE VALERON CORPORATION<br>   Lloyd M. Forster, Esquire<br>   Farley, Forster and Farley<br>   1712 Buhl Building<br>   Detroit, Michigan  48226<br><br>CARR TOOL CO., INC.<br>   Edward B. Evans, Esquire<br>   Wood, Herron and Evans<br>   2715 Carew Tower<br>   Cincinnati, Ohio  45202<br><br>HYPER TOOL COMPANY<br>   Charles R. Rutherford, Esquire<br>   Whittemore, Hulbert & Belknap<br>   3053 Penobscot Building<br>   Detroit, Michigan  48226 |
|  | Elwood S. Kendrick, Esquire<br>Kendrick, Subkow & Kriegel<br>612 South Flower Street<br>Los Angeles, California  90017 | ELDORADO TOOL & MFG. CORP.<br>~~3923 Puritan~~<br>~~Detroit, Michigan~~<br><br>GENERAL ELECTRIC CO.<br>1177 East Eight Mile Road<br>Detroit, Michigan  48234<br><br>MORSE TWIST DRILL & MACHINE COMPANY<br>New Bedford, Massachusetts 02742<br><br>GULF & WESTERN IND., INC.<br>   Mr. George B. Mullin<br>   The Corporation Company<br>   615 Griswold Street<br>   Detroit, Michigan  48226<br><br>FOOTBURT-REYNOLDS DIVISION<br>Reynolds Metals Company<br>1600 Northland Drive<br>Detroit, Michigan  48076<br><br>William E. Johnston, Esquire<br>23400 Michigan Avenue<br>Dearborn, Michigan  48124 |